# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| KAREEM J. STANSBURY, | : No. 138 EM 2014 |
| Petitioner | : |
| v. | : |
| HON. JUDGE CHARLES EHRLICH, ASSISTANT D.A., DEFENSE COUNSEL EVAN T. L. HUGHES, | : |
| Respondents | : |

## **ORDER**

**PER CURIAM**

**AND NOW**, this 30th day of October, 2014, the Petition for Review and the Application for Emergency Relief are **DISMISSED**. See Commonwealth v. Reid, 642 A.2d 453 (Pa. 1994) (hybrid representation improper). The Prothonotary is **DIRECTED** to forward the filings to counsel of record and strike the name of the jurist from the caption.